**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Kevin B Finsel | Social Security number or ITIN  xxx–xx–8823 |
| | First Name  Middle Name  Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15–29495–JNP | |

# Order of Discharge                                                                                               12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Kevin B Finsel
   aka Kevin B Finsel Sr

12/4/20                                                                    **By the court:** Jerrold N. Poslusny Jr.
                                                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 15-29495-JNP

Kevin B Finsel                                                                                          Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2

Date Rcvd: Dec 04, 2020      Form ID: 3180W      Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin B Finsel, 3018 Crown Ave, Millville, NJ 08332-7754 |
| cr | | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, P.O. Box 10826, Greenville, SC 29603-0826 |
| 515796912 | | Ditech, POB 6172, Rapid City, SD 57709-6172 |
| 515984600 | | Ditech Financial LLC, PO Box 0049, Palatine, IL 60055-0049 |
| 518651885 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518651886 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826, New Residential Mortgage LLC, P.O. Box 10826 Greenville, SC 29603-0826 |
| 515796916 | + | Selip & Stylianou, LLP, 10 Forest Ave. Suite 300, Paramus, NJ 07652-5238 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 04 2020 22:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 04 2020 22:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515796909 | | EDI: BANKAMER.COM | Dec 05 2020 02:28:00 | Bank of America, POB 31785, Tampa, FL 33631-3785 |
| 515796910 | + | Email/Text: info@chcollects.com | Dec 04 2020 22:34:00 | C & H Collections, PO Box 1399, Merchantville, NJ 08109-0399 |
| 515796913 | | Email/Text: PBNCNotifications@peritusservices.com | Dec 04 2020 22:31:00 | Kohl's, POB 2983, Milwaukee, WI 53201-2983 |
| 515796914 | + | Email/Text: janicemorgan@optimum.net | Dec 04 2020 22:34:00 | P.D.A.B. Inc, 66 Ford Rd. Suite 114, Denville, NJ 07834-1300 |
| 515975354 | + | Email/Text: mary@rabperformance.com | Dec 04 2020 22:34:00 | RAB Performance Recoveries, LLC, 700 KINDERKAMACK ROAD, SUITE 211, ORADELL, NJ 07649-1533 |
| 515796915 | + | Email/Text: bk-notification@sps-law.com | Dec 04 2020 22:30:00 | Schacter Portnoy LLC, 3490 U.S. Route 1 Suite 6, Princeton, NJ 08540-5920 |
| 515796917 | | EDI: WFFC.COM | Dec 05 2020 02:28:00 | Wells Fargo, POB 25341, Santa Ana, CA 92799-5341 |
| 515863071 | | EDI: WFFC.COM | Dec 05 2020 02:28:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine, CA 92623-9657 |

TOTAL: 10

# BYPASSED RECIPIENTS

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 04, 2020 | Form ID: 3180W | Total Noticed: 17 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | ##+ | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, C/O Koury Tighe Lapres Bisulca & Sommers, 1423 Tilton Road, Suite 9, Northfield, NJ 08225, UNITED STATES 08225-1857 |
| 515796911 | ## | Dept of Education, Fed Loan Servicing, POB 530210, Atlanta, GA 30353-0210 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2020          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor DITECH FINANCIAL LLC NJECFMAIL@mwc-law.com  nj-ecfmail@ecf.courtdrive.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John M. Sommers | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN TRUST, SERIES 2004-O JMSommers@KTLBSLAW.com, ktlbslaw@aol.com |
| Laura M. Egerman | on behalf of Creditor New Residential Mortgage LLC bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com |
| Rebecca Ann Solarz | on behalf of Creditor Ditech Financial LLC. rsolarz@kmllawgroup.com |
| Sindi Mncina | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING smncina@rascrane.com |
| Terry Tucker | on behalf of Debtor Kevin B Finsel terrytucker@comcast.net |

TOTAL: 8